**SO ORDERED.**

**SIGNED this 10 day of June, 2011.**

_____
**JOHN T. LANEY, III**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Georgia**

| | |
|---|---|
| **IN RE:**<br>Darrell Lamar Daniels<br>3936 Cross Creek Trail<br>Valdosta, GA 31605 | **CHAPTER 13 CASE NO.** 11-70256-JTL<br><br>**Proceedings for Adjustment of Debts**<br><br>**ORDER DIRECTED TO EMPLOYER** |
| **SOCIAL SECURITY NO.**<br>XXX-XX-8733 | |

**AMENDED**
**ORDER**

The above Debtor having filed a plan formulating periodic payments by the Debtor to the Trustee for adjustment of debts, to be disbursed as required by law; and,

It appearing to the Court that in the best interest of efficient administration of the Debtor's estate, the Debtor's employer should deduct the sum proposed by the Debtor's plan from the disposable earnings of the Debtor and tender said sum to the Trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

**ORDERED** that the employer

> Valdosta State Prison
> Attn:  Payroll
> P. O. Box 310
> Valdosta, GA 31603

be and is directed to deduct the sum of **$194.00  monthly (or $97.00 semimonthly, $97.00 biweekly, or $48.50 weekly)**  from the disposable earnings of the Debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as the Debtor is employed by said employer, or until further Order of this Court, or until further notified by the Trustee that the deduction may be terminated, and shall transmit such funds withheld to the **CHAPTER 13 TRUSTEE FOR THE MIDDLE DISTRICT OF GA, P.O. BOX 116347, ATLANTA, GA 30368-6347,** not later than the 10th day of each month following the month such funds are withheld. All checks should be made payable to **The Chapter 13 Trustee, Middle District of Georgia.**

**FURTHER ORDERED** that the employer shall not pay to the Debtor such stated sum due to the Trustee.

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments pending against this Debtor.

**FURTHER ORDERED** that the employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court P.O. Box 2147, Columbus, GA 31902.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the Employer, Debtor, counsel for Debtor and the Trustee.

END OF DOCUMENT

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE
Chapter 13 Trustee for the Middle District of GA
Payment Address:
P.O. Box 116347
Atlanta, GA 30368-6347
Phone (706) 327-4151